RECEIVED

AUG 27 2015

DENISE PACHECO, CLERK
EIGHTH COURT OF APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

NO. 08-14-00166-CR

IN THE

COURT OF CRIMINAL APPEALS

EL PASO, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

BILLY JOE STOFAN

V.

THE STATE OF TEXAS

From Appeal No. 08-14-00166-CR
Trial Cause No. 1655
Crane County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Billy Joe Stofan, Petitioner, and files this Motion for an extension of sixty(60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 109th District Court of Crane County, Texas of the offense of Aggravated Assualt w/Deadly Weapon in Cause No. 1655, styled State of Texas vs. Billy Joe Stofan. The Petitioner appealed to the Courts of Appeals, Eighth Court of Appeals, The case was affirmed on July 10, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is August 29, 2015. The petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: as of the August 24, 2015 Petitioner has not recieved the appellate record, as Ordered on July 29, 2015. Petitioner does not have sufficient time to review the appellate record and prepare Petition for Discretionary Review before current deadline

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 08-14-00166-CR

Billy Joe Stofan
Petitioner, pro se
Texas Department of Criminal Justice
Wynne Unit
TDCJ-ID# 1930361
Huntsville, Texas 79749

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Hon. Dorothy A. Holguin, at P.O. Box 1041 Kermit, Texas 79745 on this 24th day of August, 2015

Billy Joe Stofan
Petitioner, pro se

I, Billy Joe Stofan, TDCJ # 1930361, being presently incarcerated in the Wynne Unit of the Texas Department of Criminal Justice in _____ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct, Executed on this the 24th day of August, 2015,

Billy Joe Stofan
TDCJ # 1930361

RECEIVED

AUG 27 2015

DENISE PACHECO, CLERK
EIGHTH COURT OF APPEALS

8-24-15

RE: Court of Appeals # 08-14-00166-CR
Trial Court Case# 1655

Style: Billy Joe Stofan

v.

The State of Texas

I would like to change my address: Billy Joe Stofan
TDCJ ID# 1930361
Wynne Unit
810 FM 2821
Huntsville, Tx. 77349

I would like to also notify the Court that as of 8-24-15, contrary to the Order on July 29, 2015, I have not recieved a copy of the appellate record.

I am also enclosing a Pro Se Motion Request for Extension.

Respectfully,

Billy Stofan 1930361
810 FM 2821
Huntsville, Tx. 77349